KTF:BW/DIB
F. #2024R00288

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\*   JULY 2, 2024   \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JONTAY PORTER,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 24 - CR (270)
Judge LaShann DeArcy Hall
Magistrate Judge James R. Cho

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JONTAY PORTER's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           _____, 2024

                                         BREON PEACE
                                         United States Attorney
                                         Eastern District of New York
                                         Attorney for Plaintiff
                                         271 Cadman Plaza East
                                         Brooklyn, New York 11201

                           By:    /s/_____
                                         Kaitlin T. Farrell
                                         Benjamin Weintraub
                                         David I. Berman
                                         Assistant U.S. Attorney
                                         (718) 254-7000

cc:    Clerk of the Court (by ECF and E-Mail)
        Jeff Jensen, Esq. (by ECF and E-Mail)