UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

USA

        Plaintiff(s),

v.

JONTAY PORTER     Defendant(s)

---

1:24-CR-00270-LDH-JRC

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Jeffrey B. Jensen, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Husch Blackwell, LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Missouri and District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: Mo Bar No 46745; DC Bar No. 1765723.
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:24-CR-00270-LDH-JRC for Defendant Jontay Porter.

Date: 7/8/2024
Saint Louis, Missouri

Signature of Movant
Firm Name Husch Blackwell, LLP
Address 8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105

Email jeff.jensen@huschblackwell.com
Phone 314-345-6464

NOTARIZED July 8, 2024

JANICE A. GREEN
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: July 11, 2025
Commission # 17329068