UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

United States of America,

　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 24-cr-00270-LDH-JRC-1

Jontay Porter,

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE JAMES R. CHO

United States Magistrate Judge James R. Cho has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge James R. Cho. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge James R. Cho.

_____
Defendant

Breon Peace
United States Attorney, E.D.N.Y.

_____
Attorney for the Defendant

By: _____
Assistant United States Attorney

Dated: July 10, 2024
Brooklyn, New York

_____
James R. Cho
United States Magistrate Judge
Eastern District of New York