

|  | U.S. Department of Justice |
|---|---|
|  | *United States Attorney*<br>*Eastern District of New York* |
| BW<br>F. #2024R00288 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

July 31, 2024

<u>By ECF and Email</u>

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Jontay Porter
       <u>Criminal Docket No. 24-270 (LDH)</u>

Dear Judge DeArcy Hall:

  On July 10, 2024, the defendant Jontay Porter pleaded guilty before the Honorable James R. Cho, United States Magistrate Judge, to the sole count of the Information in the above-captioned matter. This Court has scheduled the defendant's sentencing for December 18, 2024, at 11:00 a.m. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea.

  The government encloses as Exhibits A and B, respectively: (1) a transcript of the July 10, 2024, plea hearing, during which Judge Cho recommended that this Court accept the defendant's guilty plea (<u>see</u> Ex. A at 36:22-24); and (2) a proposed Order.

           Very truly yours,

           BREON PEACE
           United States Attorney

       By: *Benjamin Weintraub*
           Benjamin Weintraub
           Assistant U.S. Attorney
           (718) 254-6519

cc: Clerk of the Court (LDH)
   Jeffrey Jensen, Esq. (counsel for defendant)